UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   JASON BRIAN STUDEBAKER<br>   RHONDA KATRINA STUDEBAKER<br>                              Debtors | CASE NO: 07-32817<br>      (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040756**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 12/ 111 | HARLEY DAVIDSON CREDIT<br>8529 INNOVATION WAY<br>CHICAGO, IL  60682 | 354.34 |

    /s/ Jeffrey M. Kellner
_____
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/1/2010

Certificate of Service       07-32817

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JASON BRIAN STUDEBAKER
RHONDA KATRINA STUDEBAKER
183 TAMWORTH DRIVE
TROY, OH  45373

RANDAL A HARVEY
9 W WATER ST
TROY, OH  45373

(99.1n)
ANDREW A PAISLEY
5601 HUDSON DR STE 400
HUDSON, OH  44236

(1024.1n)
ANDREW A PAISLEY
4500 COURTHOUSE BLVD STE 400
STOW, OH  44224

(1025.1n)
CHASE HOME FINANCE
10790 RANCHO BERNARDO RD
SAN DIEGO, CA  92127

(101.1n)
CHRISTOPHER G PHILLIPS
SHAPIRO VAN ESS PHILLIPS
4805 MONTGOMERY ROAD STE 320
CINCINNATI, OH  45212

(111.1)
HARLEY DAVIDSON CREDIT
8529 INNOVATION WAY
CHICAGO, IL  60682

(111.3)
HARLEY DAVIDSON CREDIT
BOX 21850
CARSON CITY, NV  89721

(112.1n)
HARLEY DAVIDSON CREDIT
8529 INNOVATION WAY
CHICAGO, IL  60682

(107.1n)
HARLEY DAVIDSON CREDIT
BOX 21850
CARSON CITY, NV  89721

(1020.1n)
HARLEY DAVIDSON CREDIT CORP
BOX 829009
DALLAS, TX  75382

(103.1n)
HSBC MORTGAGE SERVICES
BOX 21188
EAGAN, MN  55121

(104.1n)
JOHN D CLUNK CO LPA
SCOTT P CIUPAK
5601 HUDSON DRIVE
HUDSON, OH  44236

(102.1n)
LAWRENCE G REINHOLD
WEINSTEIN & RILEY
25211 EAST ROYCOURT
HUNTINGTON WOODS, MI  48070

(1023.1n)
LAWRENCE G REINHOLD
WEINSTEN & RILEY
525 ROCKY HOLLOW DR
AKRON, OH  44313

(1026.1n)
LVNV FUNDING
RESURGENT CAPITAL SERVICE
BOX 10587
GREENVILLE, SC  29603

(114.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(1027.1n)
USAA FEDERAL SAVINGS BANK
% WEINSTEIN AND RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE, WA  98121

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner      sv